UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| WILLIAM RAINEY | ) | |
| EVELEEN RAINEY | ) | CASE NO.  11-24743 JPK |
| | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF DOCUMENT

Comes now Paul R. Chael, Chapter 13 Trustee herein, and withdraws the document filed on August 29, 2013, docket number 39, Trustee's Motion to Dismiss.

/s/ Paul R. Chael
Paul R. Chael, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee- ustpregion10.soecf@usdoj.gov
Kevin Schmidt

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor(s) -  William and Eveleen Rainey, 5366 - 72nd Avenue, Schererville, IN, 46375

/s/ Paul R. Chael
Chapter 13 Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410